Charles Le Roy Brown, for defendant in error; John R. Guilliams, Frank L. Kriete and P. L. McArdle, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Otto Seefeldt and William Brims, plaintiffs in error. Gen. No. 28,285.**

Conviction for conspiracy to injure a business by unlawfully preventing workmen from continuing on a building. Error to the Criminal Court of Cook county; the Hon. Thomas J. Lynch, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 26, 1923. Rehearing denied July 7, 1923.

Hope Thompson and John D. Farrell, for plaintiffs in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Albert J. Moore and Gabriel S. Adams, plaintiffs in error. Gen. No. 28,319.**

Indictment for conspiracy to obtain money by a confidence game and by false pretenses. Verdict of guilty. Sentence to jail and fine. Error to the Criminal Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed June 26, 1923.

George C. Otto, for plaintiffs in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**William Randell and David Barinholz, copartners, trading as United Auto Wreckers, appellees, v. Community State Bank, appellant. Gen. No. 28,677.**

Complaint for accounting and for injunction restraining the dispositions of two promissory notes. Temporary injunction issued and motion to dissolve denied. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed July 3, 1923.

Shulman, Shulman & Abrams, for appellant. Philip A. Weinstein, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Samuel Grossman, appellant, v. William Hale Thompson et al., appellees. Gen. No. 27,828.**

Bill praying to have certain leases canceled and for an accounting of profits of an exposition. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and cause remanded. Opinion filed July 3, 1923.

Max M. Grossman and Schoenbrod & Rosengard, for appellant.